AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

EMMA HARDY and KEVEN HARDY,

          Plaintiffs,

v.

AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY,

          Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:19-cv-3-TC-PMW

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, with the parties to bear their own respective costs and fees.

_____

May 20, 2019

_____
*Date*

BY THE COURT:

*Tena Campbell*
_____
U.S. District Court Judge Tena Campbell